

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00504-CR

Shaelan Derek **RODGERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2017-DCR-0796
Honorable Robert Hofmann, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED July 3, 2019.

_____
Beth Watkins, Justice